STATE OF NEW JERSEY v. ANTHONY BRADSHAW.

Dec. 20, 1979. Petition for certification denied. (See 170 *N.J.Super.* 527)

STATE OF NEW JERSEY v. TIMOTHY MADDOX.

Dec. 20, 1979. Petition for certification denied.

ANNIE HAYNES v. GIORDANO WASTE MATERIAL CO.

Dec. 20, 1979. Petition for certification denied.

BETH ISRAEL CEMETERY ASSOCIATION v. TOWNSHIP OF WOODBRIDGE.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT PRINCE.

Dec. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ELLA CHILLIOUS.

Dec. 20, 1979. Petition for certification denied.